**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-cr-00073-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WILLIAM EDWARD ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The government shall file a response to the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 on or before March 4, 2016.

    IT IS SO ORDERED.

    DATED: This 16th day of February, 2016.

                                             _/s/ Howard D. McKibben_
                                          UNITED STATES DISTRICT JUDGE