# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-cr-00073-HDM |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| WILLIAM EDWARD ARMSTRONG, | ) ) | |
| Defendant. | ) ) | |

The court hereby stays consideration of the defendant's 28 U.S.C. § 2255 motion pending the decision of the Supreme Court in *Welch v. United States*, No. 15-6418 (cert. granted Jan. 8, 2016). The defendant's request for bail is denied.

IT IS SO ORDERED.

DATED: This 23rd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE