**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-cr-00073-HDM |
| | ) | 3:16-cv-00073-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM EDWARD ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Proceedings on defendant's 28 U.S.C. § 2255 motion are hereby **STAYED** for 90 days awaiting a decision in *Jacob v. United States*, No. 15-73302, *Gardner v. United States*, No. 15-72559, or otherwise as to whether *Johnson v. United States*, 135 S. Ct. 2551, 2557 (2015) is retroactively applicable on collateral review in Guidelines cases. After 90 days, the court will reconsider whether to further stay this case pending a decision from the Ninth Circuit.

IT IS SO ORDERED.

DATED: This 3rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE