1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,        )        3:06-cr-00073-HDM
                                       )        3:16-cv-00073-HDM
12                    Plaintiff,       )
                                       )
13   vs.                               )        ORDER
                                       )
14   WILLIAM EDWARD ARMSTRONG,         )
                                       )
15                    Defendant.       )
     _____)
16
17        On June 3, 2016, the court stayed proceedings on the

18   defendant's 28 U.S.C. § 2255 motion pending the Ninth Circuit's

19   decisions in *Jacob v. United States*, No. 15-73302 and *Gardner v.*

20   *United States*, No. 15-72559.  On August 1, 2016, the Ninth Circuit

21   entered orders in both *Jacob* and *Gardner* authorizing the filing of

22   second or successive petitions and closing the original actions in

23   that court.  Accordingly, the stay of these proceedings is hereby

     **LIFTED**.
24
25        IT IS SO ORDERED.

26        DATED: This 3rd day of August, 2016.

27                              *Howard D McKibben*

28                              _____
                                UNITED STATES DISTRICT JUDGE