# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Respondent/Plaintiff,

v.

WILLIAM EDWARD ARMSTRONG,

          Petitioner/Defendant.

Case No.  3:06-cr-00073-HDM-RAM-1

**ORDER GRANTING
MOTION FOR VOLUNTARY
DISMISSAL OF  MOTION TO
VACATE, SET ASIDE, OR CORRECT
CRIMINAL CONVICTIONS AND
SENTENCE PURSUANT TO
28 U.S.C. § 2255**

For good cause shown, Petitioner/Defendant's Motion for Voluntary Dismissal of his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, is GRANTED.  All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED

 April 21, 2017                                  

DATED                                UNITED STATES DISTRICT JUDGE