United States District Court
for
the District of Nevada

ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 25, 2019**

Name of Offender: **William Edward Armstrong**

Case Number: **3:06CR00073**

Name of Sentencing Judicial Officer: **Honorable Howard D. McKibben**

Date of Original Sentence: **November 22, 2006**

Original Offense: **Bank Robbery**

Original Sentence: **151 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **April 22, 2019**

Name of Assigned Judicial Officer: **Honorable Howard D. McKibben**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

On November 22, 2006 Armstrong was sentenced to a term of 151-months custody in the Bureau of Prisons, followed by three years supervised release for committing the offense of Bank Robbery. Armstrong is set to commence his term of supervised release in the District of Nevada on April 22, 2019.

Currently, Armstrong is unemployed, he has no financial or family support, and does he have a residential plan for his release; he will be homeless. He indicates he will begin receiving Social Security Disability and additional government assistance upon his release from custody. This officer respectfully requests Armstrong be allowed to reside at the RRC for a term of up to 90-days to address his housing situation. Armstrong was presented with the Probation Form 49,

Waiver of Hearing to modify Conditions of Supervised Release which he signed. A copy has been attached for Your Honor's review.

The probation office would further request that Your Honor waive any subsistence fees as this will allow Armstrong to save money quicker, which will facilitate his ability to secure personal housing.

Respectfully submitted,

Donnette L. Johnson
2019.03.26
17:19:52 -07'00'

Donnette Johnson
United States Probation Officer

Approved:

Brian Blevins
2019.03.25
16:36:58 -07'00'

Brian Blevins
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

March 29, 2019
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _[signature]_       Signed _[signature]_
U.S. Probation Officer      Probationer or Supervised Releasee

Date: 3-28-19